DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PAUL PONCE,

Appellant,

v.

BETHANY E. HILL,

Appellee.

No. 2D2023-1823
————————————————

June 14, 2024

Appeal from the Circuit Court for Hillsborough County; Nancy L. Jacobs, Judge.

Shamika T. Askew of The Law Office of Shamika T. Askew, Brandon, for Appellant.

No appearance by Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.